CHARLES H. McLAUGHLIN ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NEWTOWN ET AL.

The petition by the defendant William H. Johnson for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*C. Harold Schwartz,* in support of the petition.

*James E. Rice,* in opposition.

The petition by the named defendant for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert H. Hall,* town attorney, in support of the petition.

*James E. Rice,* in opposition.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Raymond W. Beckwith* and *James E. Rice,* in support of the petition.

Submitted September 6—decided September 25, 1973

A. P. AND W. HOLDING CORPORATION ET AL. *v.* PLANNING AND ZONING BOARD OF THE CITY OF MILFORD ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*Richard H. Lynch,* in support of the petition.

Submitted September 12—decided September 25, 1973